WHITMORE COMPANY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25858.) — Judgment so far as appealed from affirmed, without costs of this appeal to either party. All concur. (The portion of the judgment appealed from dismisses in part a claim for extra work under a State contract.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THADDEUS J. OLMA, Appellant, v. MAGDALENE OLMA, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses the complaint in an action to annul a marriage.) Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Appellant, v. UNION TRUST COMPANY OF ROCHESTER, Respondent, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See *ante,* p. 474.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of JOHN KARP, Appellant, against JOSEPH L. GUZZETTA et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 949.] Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of LOUIS MARTINI, Appellant, against JOSEPH L. GUZZETTA et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 949.] Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

In the Matter of MAX SHAPIRO, Appellant, against JOSEPH L. GUZZETTA et al., as Municipal Civil Service Commissioners of the City of Rochester, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 949.] Present — Cunningham, P. J., Dowling, Harris, McCurn and Larkin, JJ.

MICHELE COVINO, Individually and as Administrator of the Estate of YOLANDA COVINO, Deceased, Appellant, v. GEORGE A. ROBINSON, Doing Business under the Name of ROCHESTER FIREWORKS COMPANY, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See *ante,* p. 887.] Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.